IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:08CR61 |
| | § | (DAVIS/LOVE) |
| DOYLE RANDALL PAROLINE | § | |

## INFORMATION

The United States Attorney Charges:

### Count 1

Violation: 18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2) (Possession of material involving the sexual exploitation of minors)

On or about July 11, 2008, in the Eastern District of Texas, the Defendant, DOYLE RANDALL PAROLINE, did knowingly possess computer equipment with a hard disk that contained one (1) or more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, which visual depictions had been shipped and transported in interstate and foreign commerce and which were produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

REBECCA A. GREGORY
UNITED STATES ATTORNEY

*/s/ Bill Baldwin*

BILL BALDWIN
Assistant U.S. Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
California Bar No. 115408

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 18 U.S.C. § 2253

Based upon the commission of the offense alleged in this Information, a violation of the laws of the United States relating to materials involving the sexual exploitation of minors, the Defendant shall forfeit to the United States his interest in the following property, including, but not limited to the following:

1. Dell Dimension 3000, bearing Serial Number FSWQ981; and,
2. HP laptop, model NX9420, bearing Serial Number USH7270081.

Said property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon said property being:

> any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
>
> any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>
> any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Information, any and all interest the Defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

## NOTICE OF PENALTY

### Count 1

| | |
|---|---|
| <u>Violation</u>: | Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2) (Possession of material involving the sexual exploitation of minors) |
| <u>Penalty</u>: | A fine of not more than $250,000; imprisonment for not more than 10 years; a term of supervised release of any term of years not less than 5 years or life (18 U.S.C. § 3583(k)). |
| <u>Special Assessment</u>: | $100.00 |