AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

___Eastern___ DISTRICT OF ___Texas___

UNITED STATES OF AMERICA

V.

DOYLE RANDALL PAROLINE

**WAIVER OF INDICTMENT**

CASE NUMBER: 6:08cr61

I, ___DOYLE RANDALL PAROLINE___, the above named defendant, who is accused of

18 U.S.C. Section 2252(a)(4)(B) and 2252(b)(2) (possession of material involving the sexual exploitation of minors)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___9th day of January, 2009___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge