| | | |
|---|---|---|
| DATE: 1-12-09 <br> LOCATION: Tyler <br> JUDGE: JOHN D. LOVE <br> DEP. CLERK: Mechele Morris <br> RPTR/ECRO: S/Outline <br> USPO: Bobby Long <br> INTERPRETER: <br> TIME: 9:10 | CASE NUMBER: 6:08cr61 <br> USA     VS.     DOYLE RANDALL PAROLINE <br> Frank Coon for Bill Baldwin     Buck Files | |

☑ INIT APPEARANCE on an Information
☑ Plea to Information (see page 2)

☑ Hearing Called     ☑ Hearing Held

☑ Dft ☑ with/without cnsl
    Appears on: ☑ Information

☑ kars...     Date of ~~arrest~~ Surrender: 1-9-09

☑ ...Dft    ☑ advised of charges    ☑ advised of maximum penalties    ☑ advised of right to remain silent;
           ☐ advised of right to counsel ☐ advised of right to Prel. Hrg    ☐ advised of right to waive Prel. Hrg.
           ☐ Waiver of Preliminary Hrg ☐ kwvr40hrg. Waiver of Rule 40 Hrg ☐ Advised of Rule 20

☑ Dft first appearance with counsel ☐ CJA ☑ Ret. ☐ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)

☐ ...Dft     Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.    Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ ko..     _____ appointed ☐ koapptpd. U.S. Pub Defender _____ appointed

☐ kgmdtn.. Gvt motion for dtn ☐ kgm...    Gvt m/cont dtn hrg.

☐ Order of Conditions of Release signed
☐ Bond set _____ Unsecured
☐ Bond executed and dft released

☐ Temp Detention Pndg Hearing
☐ Dft Waived Detention Hearing
☐ Order of Detention
☑ Dft remanded to custody of U.S. Marshal

☐     Detention Hrg set for _____

See Page 2

## PLEA TO INFORMATION

☑ Hearing called    ☑ hearing held

☑ Dft appears  ☑ with counsel

☑ Dft  ☑ sworn    ☑ physically/mentally ready  ☐ name spelled
☑ advised of charges  ☑ advised of maximum penalties   ☑ advised of right to remain silent;
☐ advised of right to counsel    ☑ rec'd copy of the charges;  ☑ discussed charges w/ cnsl;
☐ charges read              ☑ waived reading of charges;   ☑ No pressure to plead

☑ Consent to plea before U.S. Magistrate Judge

☑ Dft enters a plea of:   ☑ gpl. (guilty)
   to counts:   ☑ 1 of Information

☑ Factual Basis Established
☑ Court finds plea voluntary, knowledgeable & that it has a basis in fact
☑ Plea Agreement accepted
☑ Plea agreement filed
☑ Elements of offense

☐ Bond executed and dft released

☑ Dft remanded to custody of U.S. Marshal

Signed Waiver of Indictment

9:40