# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 6:08cr61 |
| | § | |
| DOYLE RANDALL PAROLINE | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED. R. CRIM. P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken by the district judge and after discussing the matter with my counsel, I hereby voluntarily agree and consent to have United States Magistrate Judge John D. Love hear the guilty plea and make findings as to whether the plea was knowingly and voluntarily entered, and to recommend to the District Court whether the plea should be accepted. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 9th day of January, 2009.

_____
DOYLE RANDALL PAROLINE
Defendant

_____
Attorney for Defendant

_____
JOHN D. LOVE
US MAGISTRATE JUDGE

_____
Assistant U.S. Attorney