IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| vs. | § § § § | CASE NO. 6:08-CR-61 |
| DOYLE RANDALL PAROLINE | § | |

### ORDER

Previously, the Court ordered Mr. James R. Marsh, attorney for "Amy" who is seeking restitution from Mr. Paroline, to file the Court's June 10, 2009 Order (Docket No. 13) in every case in which "Amy" has filed a Request for Restitution. Mr. Marsh has sent a letter to Court asking the Court to modify its Order and allow him to notify the parties in other cases in which "Amy" seeks restitution rather than filing a notice in those cases since "Amy" is not a party to those cases. Accordingly, the Court modifies its previous Order and **ORDERS** Mr. Marsh to notify the parties and the court in every case in which "Amy" has requested restitution of this Court's June 10 Order with an appropriate cover page identifying the pendency of this action and this Court's invitation for any interested party to file a brief or statement of interest in this case in accordance with the Court's June 10 Order's briefing schedule.

**So ORDERED and SIGNED this 22nd day of June, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**