IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA | § § § | |
| VS. | § § § | CASE NO. 6:08-CR-61 (Honorable Leonard Davis) |
| DOYLE RANDALL PAROLINE | § § | |

## **STIPULATION**

It is stipulated by and between the Government and Doyle Randall Paroline who are the parties in this case and, also, by James R. Marsh who is, pursuant to 18 U.S.C. § 3771, "Amy's" representative that:

Any and all notices required to be sent by to the Government to "Amy" were received by Mr. James R. Marsh, "Amy's" representative.

Mr. Marsh did not pass on any of these notices to "Amy" or inform her that he had received them.

"Amy" does not know who Doyle Randall Paroline is.

None of the damages for which "Amy" is now seeking restitution flow from anyone telling her specifically about Mr. Paroline or telling her about his conduct which was the basis of the prosecution in this case.

Respectfully submitted,

/s/ Bill Baldwin

By: BILL BALDWIN.
Assistant United States Attorney
California Bar No. 115408
Email: bill.baldin@usdoj.gov
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Fax: (903) 590-1436
Attorney for United States of America

Respectfully submitted,

_____
By: F. R. FILES, JR.
Attorney for Defendant Randy Paroline
Bar Card No. 06993000
Bain, Files, Jarrett, Bain and Harrison
A Professional Corporation
109 West Ferguson
Tyler, Texas 75702
(903)595-3573
Fax: (903-597-7322
Email: bfiles@bain-files.com


Respectfully submitted,

_____
By: JAMES R. MARSH, ESQ.
"Amy's" Representative pursuant to
18 U.S.C. § 3771
Bar Card No. NY 2404653
The Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, New York 10163-4668
(212) 372-3030
Fax: (914) 206-3998
Email: jamesmarsh@marshlaw.net