To: Attn Karen  Page 2 of 9    2009-10-22 21:32:18 (GMT)    Marsh Law Firm PLLC  From: James R. Marsh, Esq.

Case 6:08-cr-00061-LED-JDL   Document 53   Filed 10/23/2009   Page 1 of 2

**Appendix K**

Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED CLERK
U.S. DISTRICT COURT
2009 OCT 23 AM 8:49
TEXAS EASTERN

1. This application is being made for the following: Case # 6:08-CR-61
Style: UNITED STATES OF AMERICA v. DOYLE RANDALL PAROLINE

2. Applicant is representing the following party/ies: Non-party victim in a criminal case.

3. Applicant was admitted to practice in NY (state) on March 4, 1991 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
NY, DC, SDNY, NDNY, DCDC, 2nd Circuit Court of Appeals

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, James R. Marsh do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date October 22, 2009         Signature [signed]

To: Attn Karen   Page 3 of 9                 2009-10-22 21:32:18 (GMT)            Marsh Law Firm PLLC   From: James R. Marsh, Esq.

Case 6:08-cr-00061-LED-JDL   Document 53   Filed 10/23/2009   Page 2 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) James R. Marsh
State Bar Number NY 2404853
Firm Name: The Marsh Law Firm PLLC
Address/P.O. Box: 81 Main St Unit 305
City/State/Zip: White Plains NY 10601-1719
Telephone #: 212-372-3030
Fax #: 914-206-3998
E-mail Address: jamesmarsh@marshlaw.net
Secondary E-Mail Address: jamesmarsh@marshlaw.us

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __10/23/09__



*David J. Maland*, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk